**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

CHRISTIAN MOISES MONTERO CORDOVA,

Petitioner,

v. Case No. 1:26-cv-00526-KWR-DLM

KRISTI NOEM, *in her official capacity as*
*Secretary of the U.S. Department of Homeland Security*,
PAMELA BONDI, *in her official capacity as Attorney General of the United States*,
TODD M. LYONS, *in his official capacity as*
*Acting Directory of U.S. Immigration and Customs Enforcement*,
WILLIAM SHAW, *in his official capacity as Director of the Albuquerque*, *NM ERO sub-office, U.S. Immigration and Customs Enforcement*, and
RAY CARNES, *in his official capacity as Warden of the Torrance County Detention Facility*,

Respondents.

**JUDGMENT**

Consistent with the Memorandum Opinion and Order entered concurrently herewith, the Court grants the Petition in part and denies the Petition in part and concludes that Petitioner is detained pursuant to 8 U.S.C. § 1226(a). Thus, Petitioner is entitled to a bond hearing pursuant to § 1226(a).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondents shall provide Petitioner a bond hearing before an immigration judge pursuant to § 1226(a), as opposed to § 1225(b), within **seven (7) days** of the entry of this order. Respondents shall not deny Petitioner bond on the basis that § 1225(b) requires mandatory detention pending a decision on removal.

__/S/________________________________
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE